A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

**RECEIVED**
**SEP 0 4 2020**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

__Joseph M. Andrews__           __7700006906__
Plaintiff                       Inmate Number

VERSUS

__Face Book__
__Mark Zechumburger__
_____

_____
(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): Joseph M. Andrews

   Defendant(s): Livingston Parish Detention Center

2. Court (if federal court, name the district; if state court, name the parish):
   Middle District of Louisiana

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_Middle District_

II.    Place of present confinement: _Livingston Parish Detention Center - C4/B73_

    A. Is there a prisoner grievance procedure in this institution?
        Yes (✓) No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes (✓) No ( )

    C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _I was tortured in lockdown, poisoned, a silent weapons were used on me which miraculously appeared into cell bricks as solid evidence_

2. What steps did you take? _I filed 'grivance'_

3. What was the result? _No Justice, They said there is no Satanic occult, no secret government, no witchcraft + reffered me to see a doctor_

    D. If your answer is No, explain why not: _____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of plaintiff(s) _Joseph Michael Andrews_
        Address _P.O. Box 1000 Livingston, La 70754_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Mark Zechumburger_ is employed as _COO_ at _Face Book_

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb, 8, 2018 I exposed the church of Satan on FaceBook World Wide. My Facebook account Joseph Andrews was hacked into so I made another Joseph Andrews account and did it again exposing the Church of Satan and they hacked into my account again and blocked me out. Both face book accoun were completely deleted and they left me a note in the profile picture of one that said [Fuck You] and the other was the face of the Joker from the movie Bat Man. Witchcraft was used on me at Performance Contracters and they even Posted it on my Alma Lee facebook page with the Kenneth Copeland 50 years ministry gold circle around the fire in my profile picture. The silent weapon they used on me caused me severe unbearable pain and suffering of which I am still recovering from and am still in anguish. I lost my job because of it and my girlfriend and severe mental anguish and physical pain in my body is still hurting me. I was also slandered and fake videos of me having sex with animals was made viral on social media & Facebook by Church of Satan Conspira

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. *I want to file a lawsuit against Facebook and expose and shut down the 3rd Riech church of satan conspiracy in America*

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _2_ day of _September_, 20_20_.

*Joseph Michael Andrews*
*Alma Roger See IIII*
Signature of plaintiff(s)

Joseph M. Andrews
P.O. Box 1000
Livingston, La 70754

Legal Mail



Federal Court
777 N Florida, St.
Baton Rouge, La 70801



AHIAH ASHAR HIGH

Legal Mail

